UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF:

MISC. 17-9104M

NICHOLAS S. GELFUSO

### ORDER TO SHOW CAUSE

A certified copy of an Order of the Rhode Island Supreme Court in No. 2017-190-M.P. has been filed in this Court. That Order suspends Respondent Attorney from the practice of law in the state until further order of the Court. A copy of the Order of the Rhode Island Supreme Court is enclosed herewith.

IT IS HEREBY ORDERED, in accordance with LR Gen 214(a)(2), that the Respondent shall show cause in writing within fourteen (14) days from the date of this Order why this Court should not impose the identical discipline.

Respondent is reminded that a member of this bar who is suspended from practice by this Court must comply with LR Gen 215 to seek reinstatement.

SO ORDERED, this 27th day of June, 2017.

_____
Clerk