UNITED STATES DISTRICT COURT
IN THE DISTRICT OF RHODE ISLAND

2017 JUL 11 A 10: 04

NICHOLAS S. GELFUSO
*in his capacity as an unconstitutionally suspended
attorney with a lot of free time as applied*

v.                                                                                    No.: 71904M/ TBA

CHIEF JUSTICE PAUL SUTTELL
*in his capacity as a spiteful old coot
who lies about everything*

## COMPLAINT IN RESPONSE TO UNCONSTITUTIONAL DISCRIMINATION

### Introduction:

Now comes Nicholas S. Gelfuso, Esq. and hereby responds to the court's order to Show Cause of June 27, 2017 by way of the within Complaint in Response and Memorandum of Confession given the Order's demands that Mr. Gelfuso set forth in writing why identical discipline should not be imposed, **in contravention of the one local rule which this court was required to successfully cite** (i.e. 214(a)(2)), which specifically declares that such a response is **optional**. While the disregard of basic rules of procedure may seem a small matter to some Rhode Island jurists, considering the **repeated false and illegal claims, findings, and disciplinary actions** taken against Mr. Gelfuso, which have been without exception so procedurally and constitutionally deficient as to cause any thinking, freedom-loving individual to **continue to seek out the root causes of unconstitutional criticisms** and deprivations of rights under color of law in all their manifestations in order to understand – **and violently condemn** – them, by any means necessary, if we are to be **free in fact** and not just in mere words. That is: if we are to be True Patriots unafraid to exercise our rights by **taking up**, **not sticking up** our arms against all those who would demand that we conform to their accursed unamericanist ways and join our notes in the cacophonous chorus of constitution-mocking discourse, **the ranks of which Mr. Gelfuso intends to RESIST for so long as he has ammunition in reserve and freedom ringing in his ears.**

**Wherefore all relief possible is hereby demanded against defendant Paul Suttell and an extension of time to respond as well as a full hearing on this matter.**

Plaintiff Respondent
/s/Nicholas S. Gelfuso

**Nicholas S. Gelfuso
44 Vinton Ave
Cranston RI 02920
401-whatever**

1