**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
PROVIDENCE, RHODE ISLAND 02903-1779

OFFICIAL BUSINESS

Nicholas S. Gelfuso, Esq.
48 Power Road
Pawtucket, RI  02860

NIXIE            015  DE  1             7207/10/17
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

