UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF:

MISC. 17-9104 M

NICHOLAS S. GELFUSO

## ORDER OF SUSPENSION

The Respondent was suspended from the practice of law in the state of Rhode Island by Order of the Rhode Island Supreme Court effective June 9, 2017.   The Order suspends Respondent Attorney from the practice of law until further Order of the Court and pending further disciplinary proceedings before the Disciplinary Board.

On June 27, 2017, this Court issued an Order to Show Cause why the identical discipline should not be imposed.   Respondent has filed a timely response to that Order.

The Court has considered the response to the Order to Show Cause.   The Court determined that Respondent Attorney has not shown cause why the identical discipline should not be imposed.

The Court, therefore, suspends Respondent Attorney from the practice of law before this Court, until further Order of this Court, effective immediately.

SO ORDERED this 14th day of July, 2017.

_____
Clerk